In The United States District Court
For The Southern District of Iowa
Centeral Division

RECEIVED
JAN 23 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Richard Lee Christy,
    Plaintiff,

vs.

Don Phillips-Sheriff, &
Wapello County Sheriff's
Officer's; Ottumwa Police
Officer's and Officer Derek
Shaw - O.P.D.; John S. Courters -
United States Attorney (Fed-
eral Official and Federal
Employees; Roseann Ber/Arnold;
Larry Denham; Amber La Doucer;
Jeremy Hardy; Walter Denham;
and Teta McPheater, E.T.A.L.,
    Defendant's,

Case _____

1983 - Prisoners Civil
Rights Complaint; Req-
uest to proceed in Forma
Pauperis and Request
for Appointment of
Counsel

---

Comes Now, Richard Lee Christy - Pro-See, in a 1983 Prisoner's Civil Rights Complaint; Request to proceed in Forma Pauperis; and request for appointment of Counsel... and states the following,

<u>Summary of Complaint:</u> In 1993, I, was convicted of 1st Attempted Degree Burglary, (out of Pabaski, Ia.) a Class C Felon, following a Plea-Agreement, with the State of Iowa - John S. Courter's - United States Attorney. (here in after John S. Courter's)...

In Said Plea-Agreement, State of Iowa - John S. Courter's - Prosector, gave Plaintiff "Immunity" of said Firearm that was branished in a 1st Degree Burglary - Class B- Felon, also dropped the Class B Felon (25 yr. sentence) to a Class C Felon, which Plaintiff signed to a Class C Felon (10 yrs. - sentence), instead going to trial..., (see; Plea-agreement - 1993 - Christy vs. State of Iowa - Wapello County District Court)

(1) of (7)

upon Plaintiff, accepting said Plea Agreement, Plaintiff took Don Philips (Deputy, in 1993- Wapello County), now Sheriff of Wapello County, to where Plaintiff had throwen the 2-barell dillenger, upon jumping out of a car and running from authorities...

Both Don Philips and John S. Courter (Don Philips, now Sheriff) both were acting under color of law, at time of trial + proceedings and upon, retrieving said Firearm, in 1993 (see: Christy vs. State of Iowa and/or Court Records.)

It was also provened, beyond a shadow of dought, that John S. Courter's was indeed a United States Attorney... (See: Court transcripts in, Christy vs. State of Iowa - Restitution Hearing 1993...) Where Robert E. Breckenridge, (my attorney) testified as an Officer of The Court, that he knowed and/or witnessed John S. Courter's as being a United States Attorney...

John S. Courters, used whats called "Dual-soverity" to prosecute Plaintiff, in the Southern District Of Iowa and futher had Don Philips, testify against Plaintiff, after, Plaintiff, had "immunity" (and believed to have immunity) on said Firearm, mentioned in Plaintiff- State Case (State of Iowa vs. Richard Lee Christy) (See; Court Records United States Of America vs. Richard Lee Christy - 1993...)

In turn, Plaintiff, was convicted and sentenced, as an Armed Career Criminal, under the A.C.C.A. (Armed Career Criminal Act) and (922(g) and 924(e))... Plaintiff, recieved 15 yr's. from Honorable Judge Longstaff (Robert E. Longstaff - Judge, Southern District Of Iowa.) (See: Sentencing Transcripts - Christy - Case above (U.S. vs. Christy)

Judge Longstaff, futher ordered that my Federal Conviction, shall run concurrent with my State Conviction (1993) I, was already serving...

(2) of (7)

Case 4:23-cv-00030-RGE-SBJ   Document 1   Filed 01/24/23   Page 3 of 9

Again, both Don Phillips-Sheriff, (1993-Deputy) and John S. Courter's United States Attorney, were acting under color of law, period...

Plaintiff, completed his state sentence in 1998 (Discharged) and Federal Marshalls, picked Plaintiff up at Anamosa Penitenary and placed Plaintiff, in the Federal Buera of Prisons, due to his 1993-Federal Conviction that the Plaintiff received a 188 months (15 yrs.) from Robert E. Longstaff- Judge (said Firearm Plaintiff- had "immunity" on in his State Conviction by John S. Courters)

Plaintiff, Discharged his Federal Conviction, end of 2005 or mid 2006, from Leavenworth Federal Buera of Prisons...

In 2009, Plaintiff, again was convicted in the Southern District of Iowa, for Felon in Pocession of Firearm 922(g) and 924(e) and Sentenced as an Armed Criminal (A.C.C.A- Armed Career Criminal Act.) by Judge Robert E. Longstaff (See: United States of America vs. Richard Lee Christy -2009- Court Records) and Plaintiff, received 17 yrs. (204 months)...

In 2016, after Plaintiff served 84 months (7 yrs.), Head-Federal Public Defender- Jane Whalen, filed a 2255 Motion to vacate, set aside, or correct an illegal sentence, which the Department of Justice, and United States Attorney agreed that the Residual-Clause, was un-constitutional vague (924(e)) and in a Summary Judgement-(Civil) and released, Plaintiff immediately...

Joesph Herold- Federal Public Defender, notified Plaintiff, that New York Attorney, they had hired won their case in the United States Supreme Court, in Johnson vs United States, 2016....

(3) of (7)

Plaintiff, had attempted to write Joesph Herold, on numerous accounts and seem's, Don Philips and Authorities (Federal + State Employies- all acting under color of law, hindered Plaintiffs from receiving or contacting him and it's NOT like Mr. Joesph Herold or his office NOT to write back concerning my requests for legal-papers that his office, including Mr. Joesph Herold- himself represented and/or participated with Nicolas Dress... (Nicolas Dress, has passed away - however, was my (Head) Federal Public Defender in 1993 and 2009...

Don Philips- Sheriff of Wapello County and who's acting under color of law, is believed to be responsible for the harassing, tormenting, and threatening thats going on in Wapello County- Ottumwa Ia., along with the Ottumwa Police Department (which is in the same building as the Sheriffs Office... Believe, it's Derek Shaw (Plaintiff's aware it's Officer Shaw- for sure) believed to be involved in the harassing, tormenting, and threatening Plaintiff, down by Park Trailor Wash and etc., Plus Officer Shaw, knows Timothy Jordan Jr. (Officer Shaw is a Police Officer- also acting under color of Law.) Larry L. Denham, Amber La'Doucer, Walter L. Denham, Jeremey Handy and Tera McPheater, all involved with authorities - acting in their own "capacity" and by way of threats, harassing, tormenting, and trying to intimidate Plaintiff in and outside of jail, and all have participated to having Plaintiff, committ crimes while Plaintiff, was being followed in Iowa and Missouri, and involved in other criminal activeity with Plaintiff, and

(4) of (7)

Wapello County Authorities, know about all the criminal activity, however, I was the one choosen to harass, torment, and threaten... Authorities say, their NOT worried about "weed" or "Cystal Meth", use while said movie is being made in Wapello County-Ottumwa, Iowa, where Defendant's- won't let me leave, and apart of my criminal behavior, I, am being charged with includes the C-Store located in Blakesburg, Iowa, on the Wapello and Monroe County line (said C-Store sets on the westside (which is in Monroe) of said County line....

Wapello County authorities, have so-called family and friends, alike set me up by way having me do "Cystel-Meth", and committ crimes with them, and in turn, having me come down to Wapello County making false statement after being harassed & followed by "Punks" (Larry Denham, Walter Denham, and few others) after accusing me of being a child molester & etc., and Wapello County Authorities would NOT, give me a liar-detective test upon Plaintiff's request/ and/or making these false states... The statements made by these people, carried no-weight and is NOT, a Federal or State offense and I, am sure of this...

Davis County-Deputy, threatened to blow my head-off, when down by Davis County, next to Wapello County, and Wapello County-Deputy, stopped right outside of Drakeville, Ia, and accused me of caus-ing problems and said I knew what was going on that Roseann Bar/Arnold, was making a movie...

(5) of (7)

Father Stated Roseann Bar/Arnold, was paying for my crimes, I, Committed by myself and with Others that I, previously mentioned...

Authorities, keep asking who's side I am on... I, am NOT on their side for sure nor did, I have knowledge or give my consent to No- Damn Movie, at anytime... Authorities, (suposebly Federal and State Emplyoies) acting under color of law, at Wapello County Jail, keep telling me I've No-Charges..., (Correctional Staff) Jailers-) along with "punks" authorities have trying to harass and/or intimidate Plaintiff, while in Jail... (Inmates)

Authorities keep on saying they owe me money from my Federal Sentencings, from 1993 and 2009, due to United States of America vs. Johnson (Sepreme Court Case-2016), where the United States Sepreme Court ruled the Risidual Clause, 924(e) under- Felon in Pocession of Firearm- Sentencing (inhancement) was un-Constitutionally vague and Retroactive... (See: United States of America vs. Johnson-2016)

Roseann Bar/Arnold, is acting in her own individual Capacity, rather than under color of law... Suposabley, J. Nicole Jensen (1st)-Public Defender- Ottumwa, Iowa, said the Camera's/Survalence did NOT work, as with my (2nd) James Underwood Magistrate Judge, Attorney, Bartender, told me,

(6) of (7)

who was appointed by Kirk Daily-Judge, who the Plaintiff- See's tomorrow Jan. 18th, 2023, and who is assuming, I, Plaintiff, is incompency to stand trial on the alledge 3rd Degree Buglary... Mr. Bret R. Larson, is Plaintiff's-Attorney now...

I, am not crazy nor am, I incompency to stand trial... I, know exactually what's going on and definetly NOT hearing voices or anything of that nature...

Plaintiff, seeks monetary damages in the amount of 30 million dollors, for Punitive damages and/or this Court deems necessary, in favor of Plaintiff...

WHEREFORE, Plaintiff- Richard Lee Christy, respectfully submitts his 1983 Prisoner's Civil Complaint and hopes + prays this Honorable Court, lets Plaintiff-proceed without pre-payment of filing fees and appoint Counsel to represent Plaintiff...

1) Violating Plaintiff's Constitutional Rights Under,
2) Double-Jeapordy; Cruel + Unusual Punishment; and
3) False Imprisonment...

Respectfully Submitted
*Richard Lee Christy*
Richard Lee Christy
Wapello County Jail
330 W. 2nd St.
Ottumwa, Iowa
52501

(7) of (7)

RECEIVED Jan. 17th, 2023
JAN 23 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dear Clerk of Court,

Enclosed please find an application (1983 Prisoners Civil Complaint)... (1) of (7) pg.s)

Please, stamp filed and return me a copy of said complaint...

Thank you for your time and consideration...

Respectfully,
Richard Lee Christy
Richard Lee Christy
Wapello County Jail
330 W. 2nd St.
Ottumwa, Iowa
52501

Richard Lee Christy
Wapello County Jail
330 W. 2nd St.
Ottumwa, Iowa
52501

Jan. 14th, 2023
Sent Out
Legal Mail

Clerk, United States Dist. Court
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa
50306-9344

DES MOINES IA
20 JAN 2023 PM
INMATE MAIL
LEGAL MAIL
X-RAYED & CLEARED BY U.S.M.S.
50306-934444